IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **LIFE PARTNERS HOLDINGS, INC., et al.,** § | **Case No. 15-40289-RFN-11** | |
| § | | |
| Debtors. § | | |
| § | | |
| **H. THOMAS MORAN II, as Trustee for Life Partners Holdings, Inc., Life Partners, Inc., and LPI Financial Services, Inc.,** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | **Civil Action No. 4:15-cv-905-O** | |
| § | | |
| **BRIAN PARDO, et al.,** § | | |
| § | | |
| Defendants. § | | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and decisions duly rendered,

**IT IS ORDERED and ADJUDGED** that Plaintiffs shall recover $23,178,842.61[1] against Defendant Pardo; $1,037,050 against Defendant Robinson-Pardo; and $17,334,397.30[2] against

---

[1] The amount in the December Order was mistaken, as the Court misread a number in the Jury Charge. The parties notified the Court of this error and this amount now reflects the correct amount from the jury charge. *See* Jury Charge, ECF No. 359; Dec. 29, 2017 Order 22, ECF No. 428.

[2] The December Order amounted to $17,802,570.80. Plaintiffs agreed to a voluntary remittitur of $468,173.50 to account for a dividend payment to the Pardo Family Trust outside of the preference period. This amount now reflects that reduction.

1

Defendants Pardo Family Trust, Pardo Family Holdings, Ltd., and Pardo Family Holdings US, LLC (" the Pardo Entities").

**IT IS FURTHER ORDERED and ADJUDGED** that Defendant Pardo and the Pardo Entities are jointly and severally liable for any damages, fees, or costs awarded against any of them in this judgment.

**IT IS FURTHER ORDERED and ADJUDGED** that Plaintiffs shall take nothing by their claims against Defendants Paget Holdings Limited and Paget Holdings, Inc.

**IT IS FURTHER ORDERED and ADJUDGED** that Plaintiffs shall take nothing against Defendant Peden.

**IT IS FURTHER ORDERED and ADJUDGED** that any claims made by Defendants Pardo, Peden, Robinson-Pardo, or the Pardo Entities in the jointly-administered Life Partners bankruptcy proceedings, *In re Life Partners Holdings, Inc., et al.*, Case No. 15-40289-rfn11 (Bankr. N.D. Tex.), are disallowed pursuant to 11 U.S.C. § 502(d).

**IT IS FURTHER ORDERED and ADJUDGED** that any claims made by Defendants Pardo or Peden in the jointly-administered Life Partners bankruptcy proceedings, *In re Life Partners Holdings, Inc., et al.*, Case No. 15-40289-rfn11 (Bankr. N.D. Tex.), are equitably subordinated to and below the claims of all other creditors pursuant to 11 U.S.C. § 510(c).

**IT IS FURTHER ORDERED and ADJUDGED** that Plaintiffs, as the prevailing parties, shall also recover court costs, pre-judgment interest, and post-judgment interest at the highest rate permitted by law.

This **FINAL JUDGMENT** disposes of all claims and parties, and any relief not expressly granted herein is denied.

**SO ORDERED** on this **13th day** of **February, 2018**.

2

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**